IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: KOLA ADETOLA,<br>Plaintiff, | CIVIL ACTION NOS.<br>1:19-cv-5647-MLB-CMS<br>1:19-cv-5648-MLB-CMS<br>1:19-cv-5649-MLB-CMS<br>1:19-cv-5650-MLB-CMS |

## FINAL REPORT AND RECOMMENDATION

On December 19, 2019, I entered Orders in the four cases listed in the caption, directing pro se plaintiff Kola Adetola to file amended complaints "no later than **Friday, January 10, 2020**." (-5647 Action Doc. 2; -5648 Action Doc. 2; -5649 Action Doc 2; -5650 Action Doc 2) (emphasis in original). I specifically cautioned Adetola that failure to comply with my Orders might result in dismissal. *See id.* However, as of January 16, 2020, Adetola had not filed an amended complaint in any of these civil actions.

Accordingly, I **RECOMMEND** that the -5647 Action, -5648 Action, -5649 Action, and -5650 Action be **DISMISSED WITHOUT PREJUDICE** for noncompliance with a lawful court order. *See* Fed. R. Civ. P. 41(b); LR 41.3(A)(2), NDGa. *See also Hickman v. Hickman*, 563 F. App'x 742, 744 (11th Cir. 2014).

**SO REPORTED AND RECOMMENDED**, this 21st day of January, 2020.

_____
Catherine M. Salinas
United States Magistrate Judge