UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Kola Adetola,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Discover Bank,<br><br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:19cv5649-MLB |

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of the Magistrate Judge's final report and recommendation, and the court having adopted said report, it is

**Ordered and Adjudged** that the action be **DISMISSED** WITHOUT PREJUDICE for noncompliance with a lawful court order. See Fed. R. Civ. P. 41(b); LR 41.3(A)(2), NDGa.

Dated at Atlanta, Georgia, this 26th day of March, 2020.

　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　By:　___s/B Hambert_____
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 26, 2020
James N. Hatten
Clerk of Court

By:　___s/B Hambert_____
　　　　Deputy Clerk